**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-01504-RPM-CBS

JEFFREY KIRK, and
STARLA KIRK,

       Plaintiffs,

v.

DANIELLE LENAHAN, individually, and d/b/a LENAHAN LAW OFFICE,
DOUGLAS J. MACKINNON, SR.,
MARK BOHN,
JOHN ("JACK") SORTINO,
ACCOUNT MANAGEMENT SERVICES OF NEW YORK, LLC,
a New York limited liability company, and
FIRST AMERICAN INVESTMENT COMPANY, LLC,
a New York limited liability company,

       Defendants.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

THE COURT having reviewed the Unopposed Motion to Dismiss with prejudice and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay its own attorney fees and costs.

Dated: March 17th, 2006

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              U.S. DISTRICT JUDGE